# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

FILED
OCT 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### Report on Offender Under Supervision

Name of Offender:         Michael Mervin Goddard         Docket No.: CR 02-40156-01 SBA

Name of Sentencing Judge: Saundra Brown Armstrong
                          United States District Judge

Date of Original Sentence: November 30, 2004

Original Offense:
Count One: Transporting Visual Depiction of Minor Engaging in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(1), a Class C felony

Count Two: Using a Facility of Interstate Commerce to Induce a Minor to Engage in Illegal Sexual Activity, 18 U.S.C. § 2422(b), a Class C felony

Original Sentence: 41 months custody on each count concurrently, and 3 years of supervised release.

Special Conditions: Special assessment $200.00; drug treatment; mental health treatment; computer conditions: no computer with access to any on-line computer service; no data encryption technique or program; consent to examinations of computer equipment, including retrieval and copying of all data and consent to installation of hardware or software to monitor use; refrain from accessing via a computer material that relates to the offense; maintain a computer use log; disclosure of computer related restrictions to employer; register as a sex offender pursuant to state law; search; DNA collection; random urinalysis testing, refrain from accessing via computer any service, including chat room, instant messenger, or e-mail, that allows communication with minors without authorization of the probation officer

Type of Supervision: Supervised Release           Date Supervision Commenced: June 15, 2007
Assistant U.S. Attorney: Deborah R. Douglas        Defense Counsel: Angela F. Milella (AFPD)

### Petitioning the Court to Take Judicial Notice

**Cause**

NDC-SUPV-FORM 12A 03/23/05

Michael Mervin Goddard					Page 3
CR 02-40156-01 SBA


On October 19, 2007, the Assistant U.S. Attorney Deborah Douglas, has been notified and there are no objections.


Address of offender:		722 Washington Street
				Oakland, CA   94612


Respectfully submitted,				Reviewed by:


_____			_____
Mark Messner					Marlana R. Peter
U.S. Probation Officer				Supervisory U.S. Probation Officer

Date Signed:  October 25, 2007

---

THE COURT ORDERS:
☑ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


_____10/30/07_____		_____
Date						Saundra Brown Armstrong
						United States District Judge